UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP MORENO, | Case No.: 3:20-CV-00013-RCJ-CLB |
| Plaintiff, | ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 36) |
| v. | |
| WILLIAM GITTERE, *et al.*, | |
| Defendants. | |

Before the Court is the Report and Recommendation of United States Magistrate Judge Carla L. Baldwin, (ECF No. 36[1]) entered on June 7, 2022, recommending that the Court that Plaintiff Phillip Moreno's ("Moreno") motion to dismiss without prejudice (ECF No. 34), be granted and Blanco's motion for summary judgment (ECF No. 29), be denied as moot.

This action was referred to Magistrate Judge Baldwin under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

---

[1] Refers to Court's docket number.

**IT IS HEREBY ORDERED** that Magistrate Judge Baldwin's Report and Recommendation (ECF No. 36) is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Moreno's motion to dismiss without prejudice (ECF No. 34) is **GRANTED**.

**IT IS FURTHER ORDERED** that Blanco's motion for summary judgment (ECF No. 29) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

**IT IS SO ORDERED**.

Dated:  July 26, 2022.

_____
ROBERT C. JONES
United States District Judge